# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
### 646 WARREN E. BURGER FEDERAL COURTHOUSE
### 316 NORTH ROBERT STREET
### ST. PAUL, MINNESOTA 55101

**JEFFREY J. KEYES**                                                                                        Telephone No.:
U. S. MAGISTRATE JUDGE                                                        651-848-1180

February 22, 2012

Breann Morris
620 34th Ave. N.
Minneapolis, MN  55412

      Re:        **Eric Yzaguirre v. Hennepin County, Minnesota et al.**
                      **Civil No. 11-3418 (JRT/JJK)**

Dear Ms. Morris:

      Unlike criminal cases where there is a legal right to counsel, a person who is a party in a civil case such as this one has no legal right to have the Court appoint a lawyer to assist him or her.  However, the Minnesota Chapter of the Federal Bar Association (FBA) operates a program of volunteer lawyers who donate their time to assist unrepresented individuals.  The FBA program is called the "FBA *Pro Se* Project."  You are being referred to the FBA *Pro Se* Project and you may be able to obtain a lawyer at no cost to you through this program.

      If you would like to have your case reviewed by a volunteer lawyer through the FBA *Pro Se* Project, the Coordinator, Tiffany Sanders, will attempt to put you in contact with a lawyer who will provide you with a general opinion on the merits of your claims and defenses and offer you advice on how to proceed.  <u>The volunteer lawyer may agree to represent you, but there is no requirement that he or she do so or that any lawyer be appointed to assist you</u>.  If you would like a volunteer lawyer to review your case, you must inform Ms. Sanders of your desire to participate in the FBA *Pro Se* Project.

      If you choose not to participate in the program, or if a lawyer does not agree to represent you, your case will proceed and you will continue to appear *pro se*; that is, on your own behalf.  Regardless of whether a lawyer represents you, every case in Federal Court is governed by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Minnesota.  Just as a lawyer would, you will need to comply with these rules if you continue to appear *pro se*.

   The contact information for the FBA *Pro Se* Coordinator appears below.  If you do not hear from Ms. Sanders within seven days of this letter and you are interested in participating in the FBA *Pro Se* Project attorney referral program, please contact Ms. Sanders directly.

     Tiffany Sanders
     FPA *Pro Se* Project Coordinator
     P.O. Box 24378
     Minneapolis, MN 55424
     [proseproject@q.com](mailto:proseproject@q.com)
     (612) 965-3711

          Very truly yours,

          *s/ Jeffrey J. Keyes*
          JEFFREY J. KEYES
          United States Magistrate Judge

JJK/jep
cc: FBA *Pro Se* Coordinator (w/complaint)