# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ERIC YZAGUIRRE, | Civil No. 11-3418 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| HENNEPIN COUNTY, MINNESOTA, PATRICIA REBLING, RESPONSIBLE AUTHORITY, JESSICA [LAST NAME UNKNOWN], BREANN MORRIS, AND JOHN DOES 1-5, | |
| Defendants. | |

---

Diana Longrie, **ATTORNEY AT LAW**, 1321 Frost Avenue East, Suite A, Maplewood, MN 55109; Jill Clark, **JILL CLARK, LLC**, 2005 Aquila Avenue North, Golden Valley, MN 55427, for plaintiff.

Toni Beitz, **OFFICE OF THE HENNEPIN COUNTY ATTORNEY**, 300 South Sixth Street, Suite A-2000, Minneapolis, MN 55487, for Defendants Hennepin County, Minnesota, Patricia Rebling, Responsible Authority and Jessica [last name unknown].

This matter is before the Court upon the Stipulation of Dismissal filed by the parties on July 19, 2012 [Docket No. 16] and the Motion for Dismissal filed by plaintiff on August 21, 2012 [Docket No. 17].

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1.      Plaintiff's Motion for Dismissal [Docket No. 17] is **GRANTED** and all

claims against Defendant Breann Morris are **DISMISSED WITH PREJUDICE**,

without cost to any party.

2.      All remaining claims in the above captioned action are hereby

**DISMISSED WITH PREJUDICE,** without cost to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: August 22, 2012
at Minneapolis, Minnesota.                      s/John R. Tunheim
                                          JOHN R. TUNHEIM
                                       United States District Judge